# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Parth Atul Chatwani
                        Plaintiff,

v.                                                Case No.: 1:25−cv−04024
                                                Honorable Sharon Johnson Coleman

Kristi Noem, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2025:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Oral arguments held on 4/23/2025 as to plaintiff's motion for temporary restraining order [8]. The matter is taken under advisement. The Court's order of 4/16/2025 [10] that Plaintiff may not be moved anywhere, outside of this Court's jurisdiction, and Plaintiff may not be detained for immigration purposes in any way, shape, or form remains in place. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.