# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Parth Atul Chatwani
                        Plaintiff,

v.                                          Case No.: 1:25−cv−04024
                                                   Honorable Sharon Johnson Coleman

Kristi Noem, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 1, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: In view of General Order 25−0024, proceedings before the magistrate judge in this matter, including any briefing schedules or deadlines before the magistrate judge, are stayed until further order of court, and all pending status hearing dates or status report due dates before the magistrate judge are VACATED. The government motion to stay (doc. #[50]) is denied without prejudice as moot in light of the stay effected by the General Order, or, rather, by action or inaction on the part of governmental branches other than the judiciary, and may be renewed if and when the General Order is lifted. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.