# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

PARTH ATUL CHATWANI,                    )
                                        )
      Plaintiff,                     )      Case No. 25-cv-04024
                                        )
          v.                 )      Judge Sharon Johnson Coleman
                                        )
KRISTI NOEM, Secretary, U.S.            )
Department of Homeland Security &        )
TODD LYONS, Acting Director, U.S.       )
Immigration and Customs Enforcement,    )
                                        )
      Defendants.                    )

## ORDER

Plaintiff Parth Atul Chatwani brought this action against Kristi Noem, then Secretary of the Department of Homeland Security and Todd Lyons, Acting Director of the Immigration and Customs Enforcement ("ICE") for habeas, declaratory, and injunctive relief related to the termination of Chatwani's Student and Exchange Visitor Information Systems ("SEVIS") records. On May 12, 2025, Chatwani filed a motion for a preliminary injunction (Dkt. 27).

For the reasons stated in the Court's Opinion of February 18, 2026 (Dkt. 68), the Court grants Chatwani's motion for a preliminary injunction. The government is enjoined from:

1. terminating Chatwani's SEVIS record without lawful justification; and

2. from detaining Mr. Chatwani and removing him from the jurisdiction of this Court.

**IT IS SO ORDERED.**

Date: 5/1/2026

Entered: _____

SHARON JOHNSON COLEMAN
United States District Judge